O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BARAJAS, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>WALGREEN CO./ILL, a California corporation,<br><br>            Defendant. | Case No. EDCV 12-02193 DDP (OPx)<br><br>**ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |

    Defendant is ordered to show cause why this action should not be remanded for lack of subject matter jurisdiction. Defendant removed this employment action to this court on the basis of diversity jurisdiction. As Defendant acknowledges, at the time of removal, Plaintiff's alleged lost wages amounted to only $54,000. It is therefore not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

    Accordingly, Defendant is ordered to file a brief, not to exceed five pages, by Friday, May 10, 2013 showing a non-speculative reason why this action should not be remanded for lack

of subject matter jurisdiction.  Defendant shall also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Failure to file a brief in accordance with this Order will be deemed consent to remand of this action.

IT IS SO ORDERED.

Dated: April 30, 2013

DEAN D. PREGERSON
United States District Judge